UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JOSEPH TERRY AND THERESA CRAPANZANO<br><br>    Plaintiffs,<br><br>vs.<br><br>YOUNG HARRIS COLLEGE,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 2:13-CV-64-WCO |

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of plaintiffs' objections to defendant's bill of costs, and the court having overruled in part and sustained in part said objections, it is

**Ordered and adjudged** that costs shall be assessed against plaintiffs in the sum of $20,220.45.

Dated at Gainesville, Georgia this 28th day of April, 2015.

              JAMES N. HATTEN
              CLERK OF COURT

           By: s/Stacey R. Kemp
             Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  April 28, 2015
James N. Hatten
Clerk of Court


By: s/Stacey R. Kemp
    Deputy Clerk